5:23-CV-00096-H

Case 5:23-cv-00096-H  Document 1  Filed 05/01/23  Page 1 of 2  PageID 1

**FILED**
**May 1, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

April 24, 2023

Dear Court,

Recently I informed the Wichita County Sheriff's office about correctional officers selling drugs "Phentnol" and child pornography to offenders incarcerated here at the James V. Allred prison unit in Iowa Park, Texas. Now several prison officials, like Warden Reitsma, Major Dishman, Sgt. Byrd, Sgt. Carpenter, and Lt. Barry has been threatening me with bodily harm. I am being denied, showers, recreation, bedding, cloths and at times food and water and I would like any relief this court can provide.

Thanks you,
Alan Lucas, 644056

NAME Glen Jues
T#  644050
2   PM 309 N
IOWA PARK, TEXAS 76367

Legal

RECEIVED
MAY - 1 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
1205 Texas Avenue
Lubbock, Texas
79404

NORTH TEXAS TX P&DC
DALLAS TX 750
25 APR 2023 PM 3 L

79401-402771