UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

ALAN LUCAS,
Institutional ID No. 644056

        Plaintiff,

v.

WARDEN REITSMA, et al.,

        Defendants.

No. 5:23-CV-00096-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated September 15, 2023.

JAMES WESLEY HENDRIX
United States District Judge